## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 12-02158-GHK (OP) | Date | May 14, 2013 |
|---|---|---|---|
| Title | Michael A. Farris v. San Bernardino County, et al. | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Dana Castellanos | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On December 5, 2012, Michael A. Farris ("Plaintiff") filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983, after having been granted a request to proceed *in forma pauperis*. (ECF No. 5.) On March 19, 2013, the Court issued a Memorandum and Order Dismissing the Complaint with Leave to Amend, allowing Plaintiff thirty days to file a First Amended Complaint ("FAC"), attempting to cure the defects in the Complaint. (ECF No. 15.) The Court admonished Plaintiff that his "[f]ailure to comply with these requirements may result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. Failure to remedy the deficiencies discussed may also result in a recommendation that the action be dismissed." (Id. at 10.)

To date, Plaintiff has not filed the FAC, has not requested an extension of time to do so, and has not otherwise communicated with the Court. Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is again admonished that his failure to file the FAC or failure to otherwise respond to the OSC by June 14, 2013, shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc:  All Parties of Record

Initials of deputy clerk     jh-relief