JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. FARRIS, | ) | Case No. EDCV 12-2158-GHK  (OP) |
| | ) | J U D G M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAN BERNARDINO COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

        IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:    8/5/13   

        HONORABLE GEORGE H. KING
        Chief United States District Judge

Prepared by:


HONORABLE OSWALD PARADA
United States Magistrate Judge